**Opinion issued December 3, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00812-CV

———————————

## IN RE AMARA MAKENZIE WILLIAMS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Amara Makenzie Williams filed a petition for writ of mandamus asserting the trial court erred and requesting this Court to, among other things, "render a judgment that . . . Texas lacks subject matter jurisdiction to hear the

original child custody proceeding[] [and] Colorado is a more convenient forum to hear the parties' dispute."[1]

We deny the petition for writ of mandamus.[2] TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.

---

[1] The underlying case is *In the Interest of M.S.W.T., a Child*, Cause No. 24-DCV-315412, pending in the 328th District Court of Fort Bend County, Texas, the Honorable Monica Rawlins presiding.

[2] The Court denied Relator's Motion for Emergency Stay of Trial Court Proceedings on October 29, 2024.